USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

BRUCE D. COPELAND,

Plaintiff,

-v-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-7678-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 18, 2026, Defendant GeoVera Specialty Insurance Company filed a motion to dismiss. Dkt. No. 12. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within 14 days after service of Plaintiff's opposition.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge